## El Pueblo *v.* Negroni.

Apelación procedente de la Corte de Distrito de Ponce.

No. 93.—Resuelto en octubre 24, 1907.

APELACIÓN—SENTENCIAS EN CAUSAS CRIMINALES.—Las sentencias dictadas por las cortes de distrito en las apelaciones procedentes de las cortes municipales, no deben ser en el sentido de confirmar la dictada por la corte inferior, sino que, celebrándose de nuevo el juicio, deben proceder á dictar nueva sentencia, con arreglo á sus resultancias.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Rossy, Fiscal.*

La parte apelante no compareció.

El Juez Asociado Sr. Hernández, emitió la opinión del tribunal.

El presente es un recurso de apelación interpuesto por Andrés Negroni contra sentencia de la Corte de Distrito de Ponce, que en grado de apelación contra sentencia de la corte municipal de Yauco y mediante la celebración de nuevo juicio, le condenó como culpable del delito de alteración de la paz pública por sentencia de 25 de marzo del corriente año, á la pena de multa de cien dollars, y en defecto de pago, á cien días de prisión en la cárcel de dicho distrito y al pago de las costas, *confirmándose así parcialmente la sentencia apelada,* según expresión de la corte inferior.

No encontramos en el récord pliego de excepciones, ni exposición de hechos, ni tampoco el apelante ha hecho alegación alguna escrita ú oral en apoyo del recurso, ajustándose, ademas, la pena al precepto del artículo 368 del Código Penal.

Empero tratándose de sentencia dictada mediante la celebración de nuevo juicio, dicha sentencia no puede estimarse basada en los méritos del juicio que originó la apelación, y por tanto, bajo concepto alguno, puede ser confirmatoria parcialmente de la apelada. Es sentencia nueva, como nuevo es el juicio en que se dicta.

Así lo hemos dicho ya en los casos números 92 y 94 de *El Pueblo de Puerto Rico* contra *Pascasio Rivera,* decididos, respectivamente, en los días 11 y 14 del presente mes.

Por las razones expuestas, procede se confirme la sentencia apelada, menos en cuanto expresa ser confirmatoria parcialmente de la otra sentencia apelada de la corte municipal de Yauco.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Figueras, MacLeary y Wolf.